**HARRY M. DRANDELL, #109293**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
    HENRY CEJA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HENRY CEJA,<br><br>    Defendant. | Case No.: 1:18-CR-00222-LJO<br><br>**ORDER FOR RELEASE AND TRANSPORTATION OF DEFENDANT TO POVERELLO HOUSE FRESNO** |

**IT IS HEREBY ORDERED THAT;**

HENRY CEJA, Fresno County Sheriff's JID #7080075, Booking #1832737, shall be released from the Fresno County Jail on September 4, 2019, at 6:00 a.m. to a representative of the POVERELLO HOUSE, to be transported directly to the POVERELLO HOUSE, located at 412 F St, Fresno, CA 93706, for placement in their one year residential treatment program.

IT IS SO ORDERED.

Dated: __**August 22, 2019**__          _____**/s/ Lawrence J. O'Neill**_____
                                                                              UNITED STATES CHIEF DISTRICT JUDGE